## FREDERICK *v.* MITCHELL AND COOPER.

Where errors are assigned on the face of the record only, this court will look to see if there is not existing in the record, sufficient to warrant the finding of the court below, to which no objection is taken; and in case there is, will conclude that the finding was upon the proper matters in issue before the court, and not upon those which were improperly before it.

*Appeal from the Polk District Court.*

THIS was an action originating in the county court of Polk county, and appealed to the District Court. In the latter court, the cause was tried by a jury, who rendered a verdict for the plaintiff for $297.30, and judgment was rendered thereon. No exceptions were taken on the trial in the District Court, to any ruling or decision of that tribunal. The defendants appeal, and assign errors upon the face of the record, all of which, in substance, go to the irregularity of the settling of the accounts between partners in this suit.

*Bates & Finch*, for appellants.

*Knapp & Jewett*, for appellee.

ISBELL, J.(1)—Where errors are assigned upon the face of the record, this court will look to see if there is not existing in the record, sufficient to warrant the finding, to which no objection is taken; and in case there is, it will conclude that the finding was upon the proper matters in issue before the court, and not those which were improperly before it. Without, then, stopping to inquire, whether these partnership matters were properly before the court, we deem it sufficient to say, that we find a private account, which exceeds in amount the verdict, and conclude, that the finding was based on this, instead of the objectionable matter.

Judgment affirmed.

---

(1) WRIGHT, C J., having been of counsel in this cause, took no part in its determination.